UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| SUZANNE E. NASH <br> (Social Security No. XXX-XX-7838), <br> Plaintiff, <br> v. <br> CAROLYN W. COLVIN, <br> Acting Commissioner of Social Security, <br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | 2:13-cv-226-WGH-JMS |

## FINAL JUDGMENT ENTRY

After oral argument held before the Court on April 24, 2014, and pursuant to the Findings attached hereto, the decision of the Commissioner is **REVERSED** under Sentence Four of 42 U.S.C. § 405(g) and **REMANDED** to the Commissioner for further proceedings.

**Entered:** June 17, 2014

Laura A. Briggs, Clerk

BY: _____
Deputy Clerk, U.S. District Court

_____
William G. Hussmann, Jr.
United States Magistrate Judge
Southern District of Indiana

**Served electronically on all ECF-registered counsel of record.**